**Brittany BOYD, Plaintiff/Appellant,**

v.

**YOUNG AMERICA INSURANCE,
Defendant/Respondent.**

**No. ED 92999.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 15, 2009.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 21, 2010.

Robert S. Merlin, Clayton, MO, for
Plaintiff/Appellant.

Robert L. Nussbaumer, St. Louis, MO,
for Defendant/Respondent.

Before SHERRI B. SULLIVAN, P.J.,
ROBERT G. DOWD, JR., J., and
PATRICIA COHEN, J.

*ORDER*

PER CURIAM.

Brittany Boyd (Appellant) appeals from
the summary judgment entered by the
trial court in favor of Young America In-
surance (Respondent) on Appellant's
claims for breach of contract and vexatious
refusal to pay against Respondent, based
on Respondent's failure to provide unin-
sured motorist coverage under Appellant's
mother's (Insured) policy, for injuries Ap-
pellant sustained while driving Insured's
car. We have reviewed the briefs of the
parties and the record on appeal and con-
clude that Respondent is entitled to judg-
ment as a matter of law. *Tinch v. State
Farm Ins. Co.*, 16 S.W.3d 747, 750 (Mo.
App. E.D.2000). An extended opinion
would have no precedential value. We
have, however, provided a memorandum
setting forth the reasons for our decision
to the parties for their use only. We affirm
the judgment pursuant to Missouri Rule of
Civil Procedure 84.16(b).